STATE OF NORTH CAROLINA v. DENNIS AMMONS

No. 7228SC121

(Filed 26 April 1972)

APPEAL by defendant from *Martin (Harry C.), Judge,* 12 July 1971 Criminal Session of Superior Court held in BUNCOMBE County.

Defendant was tried upon a bill of indictment, proper in form, charging him with the felony of larceny. From a verdict of guilty as charged and a judgment of imprisonment of not less than three years nor more than seven years, the defendant appealed.

*Attorney General Morgan and Assistant Attorney General Icenhour for the State.*

*Peter L. Roda for defendant appellant.*

MALLARD, Chief Judge.

We have carefully examined the record and each of the defendant's assignments of error. In the trial we find no prejudicial error.

No error.

Judges MORRIS and PARKER concur.